# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-07-8406-R**                                    **DATE: SEPT. 10, 2008**

**TITLE: ELAINE L CHAO -V- L3 COMMUNICATIONS TITAN CORP et al**
==================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                          <u>   N/A   </u>
**Deputy Clerk**                                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                     Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON SEPTEMBER 29, 2008 AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING OF COUNSEL. ATTENDANCE AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                           Initials of Deputy Clerk __WH__
**CIVIL - GEN**                       D-M