Lawrence Brewster
Regional Solicitor
**Daniel J. Chasek**
**Acting Associate Regional Solicitor** (CSBN-186968)
email: chasek.daniel@dol.gov
Office of the Solicitor (Sol#0818015)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071
Telephone: (213) 894-4225
Facsimile:  (213) 894-2064

Attorneys for the Plaintiff

**ENTER  JS-6**

UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELAINE L. CHAO**,<br>   Secretary of Labor,<br>   United States Department of Labor,<br><br>                     Plaintiff,<br><br>             v.<br><br>**L3 COMMUNICATIONS TITAN CORPORATION,** a Delaware corporation doing business in California, **THOMAS COMPUTER SOLUTIONS, LLC, dba TCS TRANSLATION, LLC**, a California corporation, and **ARLENE THOMAS**, individually and as managing agent of corporate defendant TCS Translations, LLC,<br><br>                     Defendants. | Civil Action File No.<br>07-8406 R (JCx)<br><br><br>**CONSENT JUDGMENT** |

    1.    The Plaintiff, ELAINE L. CHAO, Secretary of Labor, United States Department of Labor ("Secretary" and/or "Plaintiff"), has filed a Complaint alleging violations of the overtime and recordkeeping provisions of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, et seq. ("FLSA").

    2.    Defendants L-3 Services, Inc. (formerly known as and sued as L-3 Communications Titan Corporation) ("L-3 Services"), Thomas Computer Solutions, LLC,

1. dba TCS Translation, LLC, and Arlene Thomas (collectively "Defendants"), appear by counsel and acknowledge receipt of a copy of the Secretary's Complaint.

3. Defendants expressly deny any liability for the allegations set forth in the Complaint and any wrongdoing and liability whatsoever under the FLSA.  Nonetheless, Defendants, through this Consent Judgment, are waiving their right to further defend this action.

4. The parties agree that this Consent Judgment: is not and shall not, in any way, be considered an admission of liability or wrongdoing by Defendants; does not constitute an adjudication or finding on the merits; and is not admissible in any proceeding as evidence of or an admission by Defendants of any alleged wrongdoing.

5. The parties waive the entry of findings of fact and conclusions of law and agree to the entry of this Consent Judgment in settlement of this action, without contest and without admission of liability.

6. Defendants agree to the entry of this Consent Judgment in settlement of this action.

7. Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

It is, therefore, upon motion of the attorneys for the Secretary and for cause shown:

ORDERED, ADJUDGED, AND DECREED as follows:

1. Defendants, and their officers, agents, servants, and employees and persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise), shall comply with the provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5), in the following manners in connection with the roleplayers provided to the United States Army at Fort Irwin, California under Prime Contract No W911W4-04-D-0005 and Subcontract No. TOSG-05-S-0010:

   a. Defendants shall, pursuant to Section 7 of the FLSA, 29 U.S.C. §207,

1  pay any and all non-exempt employees who are engaged in commerce or in the produc-
2  tion of goods for commerce, within the meaning of the FLSA, at a rate not less than one
3  and one-half times such employees' regular rate of pay for all hours worked in excess of
4  40 hours in a workweek; and

5              b.  Defendants shall make, keep, make available (to authorized agents of the
6  Secretary for inspection, transcription, and/or copying, upon their demand for such ac-
7  cess), and preserve (for a period of three years) records of employees and of the wages,
8  hours, and other conditions and practices of employment maintained, as prescribed by
9  regulations issued, and from time to time amended, pursuant to Sections 11(c) and
10 15(a)(5) of FLSA, 29 U.S.C. §211(c) and §215(a)(5), and the implementing regulations
11 found in Title 29, Code of Federal Regulations, Part 516.

12      2.      Defendant L-3 Services shall pay the amount of SEVEN HUNDRED
13 THOUSAND dollars ($700,000), which is characterized by Plaintiff as unpaid overtime
14 pay due under the FLSA with respect to all persons listed on Exhibit A, attached hereto.
15 The attached Exhibit A reflects the names of each person whom Plaintiff alleges is owed
16 back wages for the period of time identified thereon, and the amount of back wages that
17 Plaintiff alleges is owed to each such person for such period.

18      3.      Defendant L-3 Services shall pay the amount identified in the preceding
19 paragraph 2 of this Consent Judgment no later than September 30, 2008.  Defendant L-3
20 Services shall issue a certified or cashier's check made payable to the "U.S. Dept. of La-
21 bor" and said check shall be delivered to Plaintiff's authorized representatives at:

22              U.S. Department of Labor
23              Wage & Hour Division
24              100 N. Barranca Ave., Ste 850
25              West Covina, California 91791

26 (or such other place as may hereafter be designated in writing by Plaintiff), no later than
27 September 30, 2008.  In addition, within 30 days of entry of this Consent Judgment De-
28 fendants shall provide Plaintiff with a schedule in duplicate bearing the L-3 Services,

Inc. and/or TCS Translation, LLC firm name(s), address(es), and phone number(s), and showing the name, last known (home) address, and social security number, for each person listed on Exhibit A.

4. In the event of any default by Defendant L-3 Services in the timely making of any payment due hereunder, the full amount which then remains unpaid (plus post-judgment interest, from the date of this Consent Judgment until the full amount is paid in full, at ten percent (10%) interest per annum, on the full balance outstanding from time to time) shall become due and payable upon Plaintiff's sending by ordinary mail a written demand therefore to the last corporate and/or business address of Defendant L-3 Services then known to Plaintiff; the manner of the aforesaid immediate payment shall be by certified or cashier's check or money order with the L-3 Services, Inc. firm name written thereon, payable to the order of the "Wage & Hour Div., Labor."

5. The Secretary shall allocate and distribute the remittances, or the proceeds thereof, if any, to the persons named in the attached Exhibit A in amounts characterized as backwages plus interest due each person, or to his or her estates if necessary. Any money not so paid because of an inability to locate the proper person or because of such person's refusal to accept it, shall be deposited by the Secretary in a special deposit account for payment to the proper person and upon such inability to pay within 3 years, shall then be deposited in the Treasury of the United States, as miscellaneous receipts.

6. The filing, pursuit, and/or resolution of this proceeding with the entry of this Consent Judgment shall not act as or be asserted as a bar to any action under Section 16(b) of FLSA, 29 U.S.C. §216(b), as to any person not named on the attached Exhibit A, or as to any person named on the attached Exhibit A for any period other than that set forth therein.

7. As between Plaintiff, on the one hand, and Defendants, on the other, each party agrees to bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees that may be available under the Equal Access to Justice Act, as amended.

1    8.    This Court shall retain jurisdiction of this action for purposes of enforcing
2 compliance with the terms of this Consent Judgment.

4    Dated: this _22nd  day of _Sept._2008

_____
United States District Judge

| | |
|---|---|
| 1  The Defendants hereby consent to the entry of this Judgment on this _____ day of September, 2008. | GREGORY F. JACOB<br>Solicitor of Labor |
| 2 | |
| 3 | LAWRENCE BREWSTER |
| 4  L-3 SERVICES, INC. (FORMERLY KNOWN AS AND SUED AS L-3 COMMUNICATIONS TITAN CORPORATION | Regional Solicitor |

1 The Defendants hereby consent to the entry of this Judgment on this _____ day of September, 2008.

2

3 L-3 SERVICES, INC. (FORMERLY KNOWN AS AND SUED AS L-3 COMMUNICATIONS TITAN CORPORATION

By _____
    Its Duly-Authorized Agent

THOMAS COMPUTER SOLUTIONS, LLC, dba TCS TRANSLATIONS, LLC

By _____
    Its Duly-Authorized Agent

_____
ARLENE THOMAS

GREENBERG TRAURIG, LLP

_____
JOHN F. SCALIA, ESQ.
Attorneys for Defendant L-3 SERVICES, INC. (FORMERLY KNOWN AS AND SUED AS L-3 Communications Titan Corporation

SHEPPARD MULLIN RICHTER &HAMPTON LLP

_____
RYAN D. McCORTNEY, ESQ.
Attorneys for Defendants Thomas Computer Solutions, LLC, dba TCS Solutions, LLC and Arlene Thomas

GREGORY F. JACOB
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

_____
DANIEL J. CHASEK
Acting Associate Regional Solicitor
Attorneys for the Plaintiff
U.S. Department of Labor

Exhibit A

| LAST NAME | FIRST NAME | PERIODS COVERED | AMOUNTS DUE |
|---|---|---|---|
| ABADEH | ABDALLAH | 05/01/2005 - 01/05/2008 | $ 1,079.19 |
| ABBAS | AWAZ | 05/01/2005 - 01/05/2008 | 2,393.78 |
| ABD | ALI | 05/01/2005 - 01/05/2008 | 3,601.37 |
| ABD | DHAFAR | 05/01/2005 - 01/05/2008 | 3,601.37 |
| ABDULLA | BAHROZ | 05/01/2005 -01/05/2008 | 2,286.78 |
| ABDULLA | HAJAR | 06/06/2005 - 01/05/2008 | 2,522.18 |
| ABDULLAH | SHAABAN | 05/01/2005 - 01/05/2008 | 3,601.37 |
| ABDULRAHMAN | MERSAAD | 08/08/2005 - 01/05/2008 | 1,314.59 |
| ABO | NARAR | 05/01/2005 - 01/05/2008 | 3,141.79 |
| ABOOD | JINAN | 08/08/2005 - 01/05/2008 | 1,314.59 |
| ABOU | JUNAINA | 05/01/2005 - 01/05/2008 | 3,601.37 |
| ACHO | STEVEN | 06/06/2005 - 01/05/2008 | 2,522.18 |
| ADEL | HAMEED | 09/09/2005 - 01/05/2008 | 1,314.59 |
| AHMAD | NAZAR | 06/01/2005 - 01/05/2008 | 1,207.59 |
| AHMED | AHMAD | 05/07/2005 - 01/05/2008 | 2,393.78 |
| AHMED | DAWOOD | 05/01/2005 - 01/05/2008 | 3,601.37 |
| AHMED | OZAD | 05/01/2005 - 01/05/2008 | 3,601.37 |
| AHMED | ZANY | 05/01/2005 - 01/05/2008 | 3,601.37 |
| AKRAEE | SAMI | 05/01/2005 - 01/05/2008 | 3,601.37 |
| AL- MISSOURI | ZEEM | 05/31/2005 - 01/05/2008 | 2,522.18 |
| AL-ABODDI | KALAF | 06/06/2005 - 01/05/2008 | 2,297.99 |
| AL-ABOODI | NAJIM | 05/01/2005 - 01/05/2008 | 3,601.37 |
| ALAHMAD | MUJTABA | 05/01/2005 - 01/05/2008 | 3,601.38 |
| AL-ALWADI | HYDAR | 04/29/2005 - 01/05/2008 | 1,079.19 |
| AL-AMERI | HUDA | 04/29/2008 – 01/05/2008 | 6,444.06 |
| AL-AQRAWI | JAWAD | 01/11/2005 - 01/05/2008 | 2,393.78 |

| # | LAST NAME | FIRST NAME | PERIODS COVERED | AMOUNTS DUE |
|---|---|---|---|---|
| 1 | | | | |
| 2 | AL-AQRAWI | ZAIDAM | 04/21/2005 - 01/05/2008 | 2,746.38 |
| 3 | AL-ASADI | HART | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 4 | AL-BAHADILI | AHMAD | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 5 | AL-BIDERI | JASSIM | 06/06/2005 - 01/05/2008 | 2,415.18 |
| 6 | AL-BOMOHAMMED | ABBAS | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 7 | AL-BONAJEM | MAJID | 04/29/2005 - 01/05/2008 | 3,601.38 |
| 8 | AL-BONAJIH | HAZIH | 04/29/2005 - 01/05/2008 | 3,601.38 |
| 9 | AL-BUBSAYRY | MUSLIM | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 10 | AL-DARAJY | HAITHAM | 08/08/2005 - 01/05/2008 | 1,814.59 |
| 11 | AL-EBADI | GAZWAN | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 12 | AL-EBADI | REIKAN | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 13 | ALEKABI | FARAS | 08/09/2005 - 01/05/2008 | 1,314.59 |
| 14 | ALFAHDI | ARMED | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 15 | AL-FATLAHI | HHUDAIR | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 16 | AL-FATLAWI | HASSAN | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 17 | AL-GHANDIH | KADHIN | 04/29/2005 - 01/05/2008 | 1,186.19 |
| 18 | ALHABIB | TAHA | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 19 | AL-HANDANI | ALI | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 20 | ALHASAB | ZAYMAB | 06/06/2005 - 01/05/2008 | 2,575.68 |
| 21 | AL-HELFI | JAFAR | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 22 | ALHHUZAIY | WAHAB | 08/08/2005 - 01/05/2008 | 2,393.78 |
| 23 | AL-HOSAWI | IMAD | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 24 | AL-JABBAR | AZULDEEN | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 25 | ALJABI | JMAD | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 26 | AL-JABIRI | MUDALAL | 06/06/2005 - 01/05/2008 | 3,270.18 |

| | LAST NAME | FIRST NAME | PERIODS COVERED | AMOUNTS DUE |
|---|---|---|---|---|
| 1 | | | | |
| 2 | ALJIBORY | ABDULHAHDI | 06/06/2005 - 01/05/2008 | 1,707.59 |
| 3 | AL-JUMAAILY | SALIM | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 4 | AL-JUNAAILY | SALIM | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 5 | AL-KHAFAJI | MOHAMMAD | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 6 | AL-KHAZERIJI | BEHAA | 04/29/2005 - 01/05/2008 | 1,731.39 |
| 7 | AL-LIODAHI | BASSAM | 04/29/2005 – 01/05/2008 | 3,601.37 |
| 8 | AL0MAYAHI | MANNED | 04/29/2005 – 01/05/2008 | 2,393.78 |
| 9 | AL-MAYAHI | SELAH | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 10 | AL-MISSOURI | AHLAH | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 11 | AL-MISSOURI | SHIVAN | 04/29/2005 - 01/05/2008 | 1,869.99 |
| 12 | ALMONSOORI | QAIS | 06/06/2005 - 01/05/2008 | 983.39 |
| 13 | ALMUDAFAR | HAIDAR | 06/06/2005 - 01/05/2008 | 1,707.59 |
| 14 | AL-MUDAFAR | BAHAA | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 15 | ALMUHHTAR | NOURA | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 16 | AL-MUNTAFIJI | AQUIL | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 17 | AL-NASRAWI | AHLAM | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 18 | AL-QAISI | SALMAN | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 19 | AL-RAMHY | ALI | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 20 | AL-REHRBI | AQIL | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 21 | AL-ROBAYEE | ESSA | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 22 | AL-SAEDY | AKIL | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 23 | ALSAEED | ALI | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 24 | AL-SARGH | SANER | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 25 | AL-SHAMARY | BASIN | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 26 | AL-SHAMARY | MAHAMMAD | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 27 | AL-SHIMARY | QASIM | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 28 | AL-ZAMELY | AHMED | 04/29/2005 - 01/05/2008 | 3,601.38 |
| | AL-ZUBAIDI | WALID | 04/29/2005 - 01/05/2008 | 2,286.78 |
| | AL-ZURWAYJAWI | QUSAY | 04/29/2005 - 01/05/2008 | 2,393.78 |

| # | LAST NAME | FIRST NAME | PERIODS COVERED | AMOUNTS DUE |
|---|---|---|---|---|
| 1 | AL-ZWAR | JONATHAN | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 2 | AMEEN | BIZHAR | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 3 | AMEEN | SHIVAN | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 4 | AMIN | BARRY | 07/14/2005 - 01/05/2008 | 1,483.39 |
| 5 | AMIN | JAMAL | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 6 | AMWAR | AHMAD | 09/09/2005 - 01/05/2008 | 1,314.59 |
| 7 | ASAD | KAHRAMAN | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 8 | ASTIFU | JASON | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 9 | AUNI | RASHAWN | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 10 | AZIZ | HAMDIA | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 11 | AZIZ | ROZHAGAR | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 12 | BAGHAL | ABDOLVAHAB | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 13 | BAHARMI | AHMAD | 04/29/2005 - 01/05/2008 | 2,062.59 |
| 14 | BAJELORI | ALI | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 15 | BANARJI | ALA | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 16 | BANJARI | EBA | 08/08/2005 – 01/05/2008 | 1,314.59 |
| 17 | BANAVI | MEHVAN | 04/29/2008 – 01/05/2008 | 1,079.19 |
| 18 | BARHARI | HAHAR | 04/29/2005 - 01/05/2008 | 3,601.38 |
| 19 | BARWARI | SILOVE | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 20 | BARZANJI | LAWEN | 08/08/2005 -01/05/2008 | 1,314.59 |
| 21 | BEDIHI | HAVAL | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 22 | BEDUHI | NAZAR | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 23 | BENNY | RAIDA | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 24 | BINYAMIN | BINYAMIN | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 25 | BUNI | WARINA | 04/29/2005 - 01/05/2008 | 2,265.38 |
| 26 | CHOLAGH | AZHAR | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 27 | DALOY | HANA | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 28 | DALY | DURAID | 06/06/2005 - 01/05/2008 | 2,522.18 |
|    | DAOOD | JOAN | 04/29/2005 - 01/05/2008 | 1,079.19 |

| | LAST NAME | FIRST NAME | PERIODS COVERED | AMOUNTS DUE |
|---|---|---|---|---|
| 1 | | | | |
| 2 | DAVID | NAHLA | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 3 | DAWODI | SAMAN | 06/06/2005 - 01/05/2008 | 1,314.59 |
| 4 | DAWOOD | MUNA | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 5 | DEKHEEL | ADNAN | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 6 | DIZAVI | GOVAND | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 7 | DLOVAN | MEHDI | 05/20/2005 - 01/05/2008 | 1,429.89 |
| 8 | DOSKY | MUHAMMAD | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 9 | ELSIEDEY | SAM | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 10 | EL-TAIB | AMAL | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 11 | FAIQ | AVEN | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 12 | FAIQ | GURAN | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 13 | FATAH | HOGER | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 14 | FATHALLA | MONA | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 15 | FATHULLAH | AZAD | 06/06/2005 - 01/05/2008 | 1,483.39 |
| 16 | FATTHULAH | SHIRZAD | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 17 | GABOORY | MOWAFAK | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 18 | GABRAIL | DURAED | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 19 | GAMIL | FRANK | 05/20/2005 - 01/05/2008 | 3,601.37 |
| 20 | GEORGES | MAHIR | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 21 | GORGEES | THAMER | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 22 | HAHMOOD | SANGAR | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 23 | HAHMOOD | SARKOU | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 24 | HAJI | ARKAN | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 25 | HALIM | SHERINE | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 26 | HALLAK | GEORGE | 06/06/2005 - 01/05/2008 | 2,265.38 |
| 27 | HAMAD | ALI | 06/06/2005 - 01/05/2008 | 2,265.38 |
| | HAMAD | MOHAMMED | 04/29/2005 - 01/05/2008 | 3,601.37 |
| | HAMAD | SHAHHWAM | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 28 | HAMZA | MOHAMMAD | 04/29/2005 - 01/05/2008 | 1,079.19 |

|    | LAST NAME | FIRST NAME | PERIODS COVERED | AMOUNTS DUE |
|----|-----------|------------|------------------|-------------|
| 1  |           |            |                  |             |
| 2  | HANA      | AMAD       | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 3  | HANNA     | YOUSIF     | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 4  | HANNOSH   | SALIM      | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 5  | HARIM     | ALI        | 04/29/2005 - 01/05/2008 | 3,141.78 |
| 6  | HARIM     | HAYDAR     | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 7  | HASAN     | MASOUD     | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 8  | HASSAN    | AVEEN      | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 9  | HASSAN    | TARA       | 04/29/2005 - 01/05/2008 | 3,270.18 |
| 10 | HEIDARI   | FAWZIA     | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 11 | HEIDARI   | HARIN      | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 12 | HILANTO   | SALWA      | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 13 | HILANTU   | TALAL      | 05/31/2005 - 01/05/2008 | 1,207.59 |
| 14 | IBRAHIM   | SUHAILA    | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 15 | ISMAEEL   | MARDAN     | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 16 | ISMAIL    | SAHIR      | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 17 | ISMAIL    | SHIVAN     | 04/29/2005 - 01/05/2008 | 1,078.87 |
| 18 | JAJO      | HAEL       | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 19 | JAJO      | HUHANNAO   | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 20 | JAJOU     | ISSAM      | 04/29/2005 - 01/05/2008 | 3,494.37 |
| 21 | JAJOU     | NADAR      | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 22 | JAJOU     | NADRA      | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 23 | JAMES     | AUDISON    | 09/09/2005 - 01/05/2008 | 1,314.59 |
| 24 | JAZRAWI   | ZIAD       | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 25 | JOESIF    | ATHKA      | 06/06/2005 - 01/05/2008 | 1,349.37 |
| 26 | JUWAIDEH  | SENAN      | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 27 | KADHIM    | HUSSEIN    | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 28 | KALABAT   | NARIMAN    | 04/29/2005 - 01/05/2008 | 1,079.19 |

| | LAST NAME | FIRST NAME | PERIODS COVERED | AMOUNTS DUE |
|---|---|---|---|---|
| 1 | | | | |
| 2 | KAREEM | JAMAL | 07/14/2005 - 01/05/2008 | 983.39 |
| 3 | KATTOULA | RASHAD | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 4 | KERIAKOOS | RAAD | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 5 | KHALID | ARAZ | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 6 | KHALID | HARHEEL | 04/30/2005 - 01/05/2008 | 3,494.37 |
| 7 | KHARAT | RITA | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 8 | KHAZAL | MIKE | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 9 | KHDIR | NABAZ | 04/29/2005 - 01/05/2008 | 3,494.37 |
| 10 | KHILLAWI | MOHAMMED | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 11 | KHOSHNAW | BOTAN | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 12 | KHOSHNAW | JABAR | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 13 | KHOSHNAW | REZAN | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 14 | KURDISH | CHOWMAN | 06/06/2005 - 01/05/2008 | 2,297.99 |
| 15 | MAII | BREEN | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 16 | MAJEED | REHAM | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 17 | MALAKHA | EILIN | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 18 | MALAKHA | HILRL | 06/06/2005 - 01/05/2008 | 1,314.59 |
| 19 | MALAKHA | MORRIS | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 20 | MALAKHA | SHIMON | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 21 | MALLAH | BASHAR | 04/29/2005 - 01/05/2008 | 3,472.97 |
| 22 | MANI | TAHANI | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 23 | MARKOS | EASHOU | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 24 | MAROUGI | AFAF | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 25 | MAROUGI | AIDA | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 26 | MAROUGI | SANA | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 27 | MATTI | FIRAS | 04/29/2005 - 01/05/2008 | 3,601.38 |
| 28 | MAYAHI | NABIL | 04/29/2005 - 01/05/2008 | 3,601.38 |

**CONSENT JUDGMENT** *(Sol#0818015)*　　　　　　　　　　　　　　　　**Page 13 of 17**

|    | LAST NAME | FIRST NAME | PERIODS COVERED | AMOUNTS DUE |
|----|-----------|------------|-----------------|-------------|
| 1  |           |            |                 |             |
| 2  | MAYI      | HEJAR      | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 3  | MEWLUD    | QUDEMKHER  | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 4  | MEWLUD    | ROSTUM     | 05/20/2005 - 01/05/2008 | 63.70 |
| 5  | MEWLUD    | SARAH      | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 6  | MIRAN     | DARA       | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 7  | MISSOURI  | HISHIAR    | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 8  | MISSOURI  | SHEVEEN    | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 9  | MOHAMMAD  | ZIRIVAN    | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 10 | MOHAMMED  | NETIN      | 04/29/2005 - 01/05/2008 | 3,270.18 |
| 11 | MOHAMMED  | SERHAD     | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 12 | MOHHAMAD  | HAZIN      | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 13 | MOHI      | HUSAIN     | 04/29/2005 - 01/05/2008 | 555.39 |
| 14 | MOHI      | IBRAHIM    | 04/29/2005 - 01/05/2008 | 1,762.99 |
| 15 | MONA      | MAISOON    | 04/29/2005 - 01/05/2008 | 2,297.99 |
| 16 | MOSAWI    | NABIL      | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 17 | MOSTAFA   | MAHAYAT    | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 18 | MUKHLES   | GORGIS     | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 19 | MULLLA    | IBRAHIM    | 06/06/2005 - 01/05/2008 | 747.99 |
| 20 | MUSTAFA   | BEYWAR     | 04/29/2005 - 01/05/2008 | 3,494.37 |
| 21 | MUSTAFA   | CHOLI      | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 22 | MUSTAFA   | HIVI       | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 23 | MUSTAFA   | REBIN      | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 24 | MUSTAFA   | SEDKEY     | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 25 | NAJEM     | SABAH      | 04/29/2005 - 01/05/2008 | 2,522.18 |
| 26 | NAMU      | BASSAM     | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 27 | NAZO      | MAJD       | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 28 | NEANO     | SAADA      | 06/06/2005 - 01/05/2008 | 2,190.99 |

**CONSENT JUDGMENT** *(Sol#0818015)*                                **Page 14 of 17**

| | LAST NAME | FIRST NAME | PERIODS COVERED | AMOUNTS DUE |
|---|---|---|---|---|
| 1 | **LAST NAME** | **FIRST NAME** | **PERIODS COVERED** | **AMOUNTS DUE** |
| 2 | OMAR | HALHAWT | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 3 | OMAR | HOSHANG | 04/29/2005 -01/05/2008 | 2,286.78 |
| 4 | PERONARI | HARMAN | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 5 | PIROMARI | REIMAN | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 6 | PUTRUS | ISMAEL | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 7 | PUTRUS | MUNA | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 8 | QADIR | ALAN | 04/29/2005 -01/05/2008 | 2,393.78 |
| 9 | RAMMO | TONY | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 10 | RAMZI | SARDAR | 06/06/2005 - 01/05/2008 | 1,207.54 |
| 11 | RAWDAH | SALIM | 08/05/2004 - 01/05/2008 | 5,631.00 |
| 12 | RAZZOOK | ABDUL | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 13 | RHAYMA | AHMAD | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 14 | ROMAYHA | NEDHAL | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 15 | SAADDUM | WAEL | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 16 | SABBAGH | IBRAHIM | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 17 | SABBET | ABDULHAREEM | 04/29/2005 - 01/05/2008 | 3,430.17 |
| 18 | SABI | HARHAH | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 19 | SABIR | FARHRNG | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 20 | SABIR | HOSHANG | 04/29/2005 - 01/05/2008 | 3,494.37 |
| 21 | SADI | GEYLON | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 22 | SAEED | HERISH | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 23 | SAID | ARAM | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 24 | SALEHI | MEHDI | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 25 | SALEM | HOGER | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 26 | SALEMI | HADI | 06/06/2005 - 01/05/2008 | 1,506.69 |
| 27 | SALIH | HARWAH | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 28 | SAMANTI | SENDY | 04/29/2005 - 01/05/2008 | 1,079.19 |

|    | LAST NAME | FIRST NAME | PERIODS COVERED | AMOUNTS DUE |
|----|-----------|------------|-----------------|-------------|
| 1  |           |            |                 |             |
| 2  | SAMIN     | HAMED      | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 3  | SARHY     | HARMAN     | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 4  | SEGMAMI   | YALI       | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 5  | SELIM     | JULIET     | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 6  | SEMAAN    | AMIRA      | 04/29/2005 - 01/05/2008 | 3,505.58 |
| 7  | SEMAAN    | SAMIR      | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 8  | SHAEBAN   | WAHID      | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 9  | SHAHIOON  | JANAN      | 06/06/2005 - 01/05/2008 | 2,575.68 |
| 10 | SHAMON    | LINDA      | 04/29/2005 - 01/05/2008 | 3,601.31 |
| 11 | SHAMON    | STEWART    | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 12 | SHAMOO    | ROBERT     | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 13 | SHAMOON   | SALLY      | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 14 | SHAMOUN   | GHAZWAM    | 04/29/2005 - 01/05/2008 | 2,393.78 |
| 15 | SHAMSALDIN| SIRAJALDIN | 04/29/2005 - 01/05/2008 | 1,239.69 |
| 16 | SHARIF    | PISHAWA    | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 17 | SHIRO     | KARIN      | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 18 | SINDI     | SARDAR     | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 19 | SOFI      | MUAYAD     | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 20 | SOFI-HAJI | AHMED      | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 21 | SOFI-HAJI | BAYAR      | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 22 | SOFY      | ZHANGAR    | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 23 | SULEIMAN  | RIDAR      | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 24 | SULEIMAN  | SHORASH    | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 25 | SULEVANI  | MASOUD     | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 26 | SULYNAN   | BIZHAR     | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 27 | TAHA      | REVEND     | 08/08/2005 - 01/05/2008 | 1,314.59 |
| 28 | TAHA      | REVING     | 04/29/2005 - 01/05/2008 | 2,286.78 |

|    | LAST NAME | FIRST NAME | PERIODS COVERED | AMOUNTS DUE |
|----|-----------|------------|-----------------|-------------|
| 1  |           |            |                 |             |
| 2  | TAHFIQE   | NIZAR      | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 3  | TAHIR     | HASHIM     | 04/29/2005 - 01/05/2008 | 2,286.78 |
| 4  | TAHIR     | JAMAL      | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 5  | TAHIR     | KAMAL      | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 6  | TAHIR     | SHERWAN    | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 7  | TAWFIQ    | KHANDA     | 04/29/2005 - 01/05/2008 | 1,079.19 |
| 8  | TOBIA     | SALAM      | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 9  | NIHAD     | WALTER     | 06/06/2005 – 01/05/2008 | 1,207.59 |
| 10 | WEISY     | DAHAZ      | 04/29/2008 – 01/05/2008 | 3,601.37 |
| 11 | YASEN     | DLER       | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 12 | YOUMAN    | SALWAN     | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 13 | YOUNES    | MARK       | 06/06/2005 - 01/05/2008 | 1,314.59 |
| 14 | YOUSIF    | DILDAR     | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 15 | YOUSIF    | SULTANA    | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 16 | ZAYA      | STEVE      | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 17 | ZEKI      | SEFIM      | 06/06/2005 - 01/05/2008 | 1,207.59 |
| 18 | ZOHA      | SIHAM      | 04/29/2005 - 01/05/2008 | 3,193.10 |
| 19 | ZORI      | MAJID      | 06/06/2005 - 01/05/2008 | 2,522.18 |
| 20 | ZUBAIR    | HAWAR      | 04/29/2005 - 01/05/2008 | 3,601.37 |
| 21 | ZUBAIR    | KARDUZH    | 04/29/2005 - 01/05/2008 | 3,601.37 |